IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 0 1 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

**KEVIN KING AND LANDUS GOWDY**　　　　　　　　　　　　　　　**PLAINTIFFS**

v.　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 3:23-cv-287-TSL-RPM

**KENNETH RAY MALKER & 3KRM**　　　　　　　　　　　　　　　**DEFENDANTS**
**TRANSPORT, LLC**

## COMPLAINT

Comes now the Plaintiffs, Kevin King and Landus Gowdy, by and through the undersigned attorney, and files this Complaint against the Defendants, Kenneth Ray Malker and 3KRM Transport, LLC, and in support thereof would respectfully show unto the Court as follows:

1. The Plaintiffs are adult resident citizens of Lauderdale County, Mississippi.

2. The Defendant, Kenneth Ray Malker, is an adult resident citizen of Texas.

3. The Defendant, 3KRM Transport, LLC is a single member LLC, organized under the laws of the State of Texas, with its sole member being Texas resident Kenneth Ray Malker.

4. Jurisdiction is proper in this Court, as Plaintiff has alleged damages exceeding the necessary amount in controversy.

5. Venue is proper before this Court, as the complained of acts or omissions occurred in Warren County, which is located within the Northern Division of the Southern District of Mississippi.

6. On October 26, 2021, Plaintiffs were traveling East on Interstate 20 in Vicksburg, MS in the right/slow lane.

7. At the same time, Defendant was travelling East on Interstate 20 in Vicksburg, MS in the left/passing lane.

8. Defendant crossed over the center line and impacted Plaintiffs' vehicle when Defendant was attempting to change lanes.

9. The impact pushed Plaintiffs vehicle into a wall abutting the interstate and caused extensive damage to the vehicle and injuries to Plaintiffs.

10. The Defendant's negligence was the sole and proximate cause of the resulting accident and Plaintiffs' injuries.

11. Defendant was negligent in one or more of the following ways:

    a. failing to keep a proper lookout;
    b. failing to keep control of the vehicle;
    c. traveling too fast for conditions present;
    d. making an improper lane change;
    e. failing to yield the right-of-way, and;
    f. other acts of negligence that may be discovered during this proceeding.

12. Due to those injuries suffered by the Plaintiffs, Plaintiffs are entitled to recover damages from the Defendant, including:

    a. Past, present and future medical and related expenses, including pre-judgment interest thereon;
    b. Past, present and future physical pain and suffering and all related non-economic damages;
    c. Lost wages, loss of household services, and lost earning capacity; and
    d. All other damages arising from, or in any way associated with, the subject accident and resulting injuries to the Plaintiffs.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Kevin King, individually sues and seeks compensatory damages from the Defendant in the amount of One Hundred Fifty Thousand Dollars ($150,000.00).

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Landus Gowdy, individually sues and seeks compensatory damages from the Defendant in the amount of One Hundred Fifty Thousand Dollars ($150,000.00).

THIS, the 27th day of April, 2023.

                **Plaintiffs, Kevin King and Landus Gowdy**

BY: *\[signature: R. Kevin Hamilton\]*

R. KEVIN HAMILTON (MS Bar 100886)
THE HAMILTON LAW FIRM, P.L.L.C.
911 26th Ave.
P.O. Box 1511
Meridian, MS 39302-1511
Phone: (601) 693-5548
Fax:    (601) 693-2949
khamilton@thehamiltonlawfirm.com
***Attorney for Plaintiffs***